■ R. B. 818 MADISON AVENUE CORP., Respondent, v OLIVA ASSOCIATES, LIMITED, Appellant.—Order of the Appellate Term of the Supreme Court, First Department, entered on December 3, 1974, affirmed (see *Raleigh Co. v Society For Avatar Meher Baba,* 74 Misc 2d 760, affd 43 AD2d 911). Petitioner-landlord-respondent shall recover of respondent-tenant-appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Capozzoli

and Nunez, JJ.; Murphy and Lupiano, JJ., dissent and would reverse and dismiss on the dissenting opinion of Quinn, J., at the Appellate Term. No opinion.